IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAYOR AND CITY COUNCIL OF
BALTIMORE,
   *Plaintiff*,

v.

DONALD J. TRUMP, *et al.,*
   *Defendants*.

Civil Action No. ELH-18-3636

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 20th day of September, 2019, by the United States District Court for the District of Maryland,

**ORDERED**:

1)  Defendants' Motion to Dismiss (ECF 17) is **DENIED.**

2)  Defendants shall answer the suit by October 20, 2019.

                    /s/
            Ellen Lipton Hollander
            United States District Judge