# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF BALTIMORE** | * |
| | * |
| **Plaintiff** | |
| | *   Civil Action No. 18-cv-3636 (ELH) |
| v. | * |
| **DONALD J. TRUMP, et al.** | * |
| | * |
| **Defendants** | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Amici Curiae Public Justice Center, Capital Area Immigrant Rights Coalition, CASA de Maryland, Catholic Charities of Baltimore, Immigration Legal Services, and Episcopal Refugee and Immigrant Center Alliance.

I certify that I am admitted to practice in this Court.

                                                Respectfully submitted,

                                                ____/s/*Debra Gardner*_____
                                                Debra Gardner (Bar No. 24239)
                                                Public Justice Center
                                                One North Charles Street, Suite 200
                                                Baltimore, Maryland 21201
                                                T: 410-625-9409
                                                F: 410-625-9423

September 23, 2019                          *Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 23rd day of September, 2019, I caused to be filed the foregoing notice electronically with the Clerk of the Court of the United States District Court for the District of Maryland by using the Court's CM/ECF System, which will send a notice of electronic filing to all counsel in this case, constituting proof of service in accordance with Local Rule 102.1.c.

                ___/s/*Debra Gardner*_____
                Debra Gardner