# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (NORTHERN DIVISION)

| | | |
|---|---|---|
| **MAYOR AND CITY COUNCIL OF BALTIMORE** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | **Civil Action No. 18-cv-3636 (ELH)** |
| **v.** | * | |
| **DONALD J. TRUMP, et al.** | * | |
| | * | |
| **Defendants** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>MOTION FOR LEAVE TO WITHDRAW APPEARANCE</u>

Undersigned counsel respectfully moves this court, pursuant to Local Rule 101.2(a), for leave to withdraw his appearance in this matter, as he is no longer employed at the Public Justice Center.  Debra Gardner has entered her appearance as counsel for Amici Curiae Public Justice Center, Capital Area Immigrant Rights Coalition, CASA de Maryland, Catholic Charities of Baltimore, Immigration Legal Services, and Episcopal Refugee and Immigrant Center Alliance.

Respectfully submitted,

_____/s/*Ejaz H. Baluch, Jr.*/dg_____
Ejaz H. Baluch, Jr. (Bar No. 20006)
Public Justice Center
One North Charles Street, Suite 200
Baltimore, Maryland 21201
T: 410-625-9409
F: 410-625-9423

September 23, 2019                 *Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2019, I caused to be filed the foregoing motion electronically with the Clerk of the Court of the United States District Court for the District of Maryland by using the Court's CM/ECF System, which will send a notice of electronic filing to all counsel in this case, constituting proof of service in accordance with Local Rule 102.1.c.

_____/s/*Debra Gardner*_____
Debra Gardner

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **MAYOR AND CITY COUNCIL OF BALTIMORE** | * | |
| | * | |
| **Plaintiff** | * | **Civil Action No. 18-cv-3636 (ELH)** |
| **v.** | * | |
| **DONALD J. TRUMP, et al.** | * | |
| | * | |
| **Defendants** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>ORDER GRANTING LEAVE TO WITHDRAW APPEARANCE</u>

Upon consideration of the Motion for Leave to Withdraw Appearance, it is this _____

day of September, 2019,

ORDERED that the motion is hereby GRANTED and the appearance of Ejaz H. Baluch,

Jr. as counsel for Amici Curiae Public Justice Center, Capital Area Immigrant Rights Coalition,

CASA de Maryland, Catholic Charities of Baltimore, Immigration Legal Services, and Episcopal

Refugee and Immigrant Center Alliance is WITHDRAWN.

_____
Ellen L. Hollander
United States District Judge