**United States District Court**
**District Of Maryland**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

February 21, 2020

MEMORANDUM TO COUNSEL

    Re: *Mayor and City Council of Baltimore v. Trump*,
          Civil Action No. ELH-18-3636

Dear Counsel:

    The Editorial Staff at West Publishing advised me that it has selected the Court's Revised Memorandum Opinion of September 20, 2019 (ECF 59) for publication in the Federal Supplement.

    In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made a handful of non-substantive, typographical and bluebooking corrections. The revised version will be docketed.

    I reiterate that the substance of the Memorandum Opinion has not been altered. The Order (ECF 60), issued on September 20, 2019, is unchanged.

                                Very truly yours,

                                /s/

                              Ellen Lipton Hollander
                              United States District Judge