# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOSEPH R. BIDEN JR., President, et al. )<br>)<br>Defendants ) | Civil Action No. 18-cv-3636 (ELH) |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS

The defendants' request to extend the stay of proceedings in this case, Joint Status Report in Resp. to August 18, 2021, Order and Defs.' Unopposed Mot. to Stay Proceedings, ECF No. 164, is hereby GRANTED.

The stay of proceedings is extended for 90 days (to February 14, 2022). The stay shall expire automatically if the July 29, 2020, preliminary injunction entered by the District Court for the Southern District of New York in *Make the Road New York v. Pompeo*, 475 F. Supp. 3d 232 (S.D.N.Y. 2020), is lifted or otherwise becomes inoperative.

A status report is due by February 14, 2022.

IT IS SO ORDERED.

Date: 11/16/21

ELLEN LIPTON HOLLANDER
UNITED STATES DISTRICT JUDGE