UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, ) ) ) | |
| Plaintiff ) ) | |
| v. ) ) ) | Civil Action No. 18-cv-3636 (ELH) |
| JOSEPH R. BIDEN JR., President, et al. ) ) | |
| Defendants ) | |

**JOINT STATUS REPORT IN RESPONSE TO NOVEMBER 16, 2021, ORDER AND DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS**

The parties are filing this joint status report in response to the Court's November 16, 2021, Order, ECF No. 167, which granted the defendants' request for a further stay of proceedings and called for a status report by February 14, 2022. The defendants request that the Court extend the stay of proceedings for 90 days (to May 16, 2022) as discussed further below.

In this action, plaintiff Mayor and City Council of Baltimore, Maryland, challenges two actions of the Department of State that relate to the "public charge" provision of the Immigration and Nationality Act, 8 U.S.C. § 1182(a)(4)(A): (1) revisions made in January 2018 to a section of the Department of State Foreign Affairs Manual, 9 FAM § 302.8, and (2) an October 2019 interim final rule, Visas: Ineligibility Based on Public Charge Grounds, 84 Fed. Reg. 54,996 (Oct. 11, 2019) (codified at 22 C.F.R. § 40.41). Neither of the challenged actions is currently being applied. The January 2018 guidance was superseded by new guidance reflecting the October 2019 rule and is no longer in use. The U.S. District Court for the Southern District of New York entered a preliminary injunction barring enforcement of both of the challenged actions in July 2020. *See Make the Road N.Y. v. Pompeo*, 475 F. Supp. 3d 232, 271 (S.D.N.Y. 2020). The defendants filed an appeal from the July 2020 preliminary injunction, but the parties stipulated to

dismissal of the appeal. *See* Mandate, *Make the Road N.Y. v. Pompeo*, Docket No. 20-3214 (S.D.N.Y. July 6, 2021), ECF No. 118.

The defendants previously advised the Court that, on February 2, 2021, the President issued an Executive Order calling for the Secretary of State to review agency actions related to implementation of the public charge ground of inadmissibility. Exec. Order No. 14,012, 86 Fed. Reg. 8277 (Feb. 2, 2021).

On November 17, 2021, in light of changed circumstances since the publication of the October 2019 rule, the Department of State published a notice in the Federal Register soliciting additional information from the public and reopening the comment period for 60 days. *See* Visas: Ineligibility Based on Public Charge Grounds, 86 Fed. Reg. 64,070 (Nov. 17, 2021). The additional comment period closed on January 18, 2022. The Department of State is reviewing the comments received and considering next steps.

In light of the Executive Order, the review the Department of State is conducting under the Order, and the further anticipated action described above, the defendants request that the Court extend the stay of proceedings for 90 days (to May 16, 2022). The plaintiffs do not oppose the request if the Court provides for the stay to expire automatically in the event that the preliminary injunction in *Make the Road New York* is lifted. The defendants do not object to that condition.

A proposed order is attached.

Date: February 14, 2022                                         Respectfully submitted,

Jane Lewis #20981                                               BRIAN D. NETTER
Assistant Solicitor                                             Deputy Assistant Attorney General

CITY OF BALTIMORE DEPARTMENT                                    BRIGHAM BOWEN
OF LAW                                                          Assistant Branch Director
City Hall, Room 109

2

100 N. Holliday Street
Baltimore, MD 21202
443-388-2190
jane.lewis@baltimorecity.gov

*/s/ John T. Lewis (with consent)*
John T. Lewis (D.C. Bar No. 1033826)
(pro hac vice)
Karianne Jones (D.C. Bar No. 187783)
(pro hac vice)
Sean Lev (D.C. Bar 449936)
(pro hac vice)
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jlewis@democracyforward.org
kjones@democracyforward.org
slev@democracyforward.org

Jonathan E. Paikin (D.C. Bar No. 466445)
(pro hac vice)
Molly M. Jennings (D.C. Bar No. 1023087)
(pro hac vice)
Jamie Yood (D.C. Bar No. 1033919)
(pro hac vice)
Emily A. Farmer #20920
WILMER CUTLER PICKERING HALE
AND DORR, LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
jonathan.paikin@wilmerhale.com
molly.jennings@wilmerhale.com
jamie.yood@wilmerhale.com
emily.farmer@wilmerhale.com

Attorneys for Plaintiffs

/s/ JAMES C. LUH
JAMES C. LUH
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington DC 20530
Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov

Attorneys for Defendants