## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MAYOR AND CITY COUNCIL OF )
BALTIMORE, )
 )
       Plaintiff )
 )
     v. ) Civil Action No. 18-cv-3636 (ELH)
 )
JOSEPH R. BIDEN JR., President, et al. )
 )
       Defendants )

## ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS

The defendants' request to extend the stay of proceedings in this case, Joint Status Report in Resp. to Feb. 14, 2022, Order and Defs.' Unopposed Mot. to Stay Proceedings, ECF No. 173, is hereby GRANTED.

The stay of proceedings is extended for 90 days (to August 15, 2022). The stay shall expire automatically if the July 29, 2020, preliminary injunction entered by the District Court for the Southern District of New York in *Make the Road New York v. Pompeo*, 475 F. Supp. 3d 232 (S.D.N.Y. 2020), is lifted or otherwise becomes inoperative.

A status report is due by August 15, 2022.

IT IS SO ORDERED.

Date:
5/16/22

            Ellen L. Hollander
            ELLEN LIPTON HOLLANDER
            UNITED STATES DISTRICT JUDGE