## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>*Plaintiff,*<br><br>*v.*<br><br>JOSEPH R. BIDEN, President, *et al.,*<br><br>*Defendants.* | Civil Action No. 18-cv-3636 (ELH) |

*Approved.*
*CLH*
*USDJ*
*9/20/23*

### STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

Date: September 20, 2023

Jane Lewis #20981
Assistant Solicitor

CITY OF BALTIMORE DEPARTMENT
OF LAW
City Hall, Room 109
100 N. Holliday Street
Baltimore, MD 21202
443-388-2190
jane.lewis@baltimorecity.gov

*/s/ Benjamin Seel*
Benjamin Seel
(pro hac vice)
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bseel@democracyforward.org

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

BRIGHAM BOWEN
Assistant Branch Director

*/s/ James C. Luh*
JAMES C. LUH
(signed by Benjamin Seel with permission of
James C. Luh)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington DC 20530
Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov

Attorneys for Defendants

Jonathan E. Paikin (D.C. Bar No. 466445)
(pro hac vice)
Molly M. Jennings (D.C. Bar No. 1023087)
(pro hac vice)
Jamie Yood (D.C. Bar No. 1033919)
(pro hac vice)
Natalie Bilbrough (Bar No. 20013)
WILMER CUTLER PICKERING HALE
AND DORR, LLP
2100 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
jonathan.paikin@wilmerhale.com
molly.jennings@wilmerhale.com
jamie.yood@wilmerhale.com
Natalie.Bilbrough@wilmerhale.com

Attorneys for Plaintiffs